**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    No. 04-1041 MMC

CROWN VANTAGE, INC.,                                      Bankruptcy No. 00-41584 N
                                                          Adversary No. 03-4240 AN

　　　　　　　Debtor                                       **ORDER AFFIRMING BANKRUPTCY
                                                          COURT'S ORDER GRANTING**
_____                  **PLAINTIFFS' MOTION FOR**
                                                          **PRELIMINARY INJUNCTION;**
JEFFREY H. BECK, et al.,                                  **REMANDING FOR FURTHER**
                                                          **PROCEEDINGS**
　　　　　　　Plaintiffs-Appellees,

　　v.

FORT JAMES CORP., et al.,

　　　　　　　Defendants-Appellants

_____/

        Pursuant to the Ninth Circuit's decision filed August 30, 2005, the Bankruptcy

Court's order granting plaintiffs' motion for a preliminary injunction is hereby AFFIRMED.

Said order being preliminary in nature, the matter is hereby REMANDED to the Bankruptcy

Court for further proceedings.

        **IT IS SO ORDERED.**

Dated: September 26, 2005                          _____
                                                  MAXINE M. CHESNEY
                                                  United States District Judge