IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. 04-1041 MMC |
| CROWN VANTAGE, INC., | Bankruptcy No. 00-41584 N<br>Adversary No. 03-4240 AN |
| Debtor | **ORDER AFFIRMING BANKRUPTCY COURT'S ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; REMANDING FOR FURTHER PROCEEDINGS** |
| JEFFREY H. BECK, et al., | |
| Plaintiffs-Appellees, | |
| v. | |
| FORT JAMES CORP., et al., | |
| Defendants-Appellants / | |

Pursuant to the Ninth Circuit's decision filed August 30, 2005, the Bankruptcy Court's order granting plaintiffs' motion for a preliminary injunction is hereby AFFIRMED. Said order being preliminary in nature, the matter is hereby REMANDED to the Bankruptcy Court for further proceedings.

**IT IS SO ORDERED.**

Dated: September 26, 2005

MAXINE M. CHESNEY
United States District Judge